[Crim. No. 1043. First Appellate District, Division Two.—February 24, 1922.]

In the Matter of the Application of GUSTAVE SEVERIN for a Writ of Habeas Corpus.

[1] CRIMINAL LAW—CORPUS DELICTI—CIRCUMSTANTIAL PROOF—EXTRA-JUDICIAL STATEMENTS OF DEFENDANT—HABEAS CORPUS.—On this application for a writ of *habeas corpus* an examination of the entire record showed that the *corpus delicti* had been sufficiently established by circumstantial evidence to permit the admission in evidence of the extrajudicial statements and admissions of the petitioner.

APPLICATION for a writ of Habeas Corpus. Denied.

The facts are stated in the opinion of the court.

Marcel E. Cerf, C. H. Sooy and Edwin V. McKenzie for Petitioner.

Leo R. Friedman, Deputy District Attorney, for Respondent.

THE COURT.—[1] After an examination of the entire record we are satisfied that the *corpus delicti* has been sufficiently established by circumstantial evidence to permit the admission in evidence of the extrajudicial statements and admissions of the petitioner.

The application for a writ of *habeas corpus* is denied.